**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLENN GIARDINO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-00469 (ESH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME FOR ANSWERING OR OTHERWISE RESPONDING TO THE COMPLAINT**

Defendants, by and through undersigned counsel, move for a 30-day enlargement of time to answer or otherwise respond to the Complaint. Defendant only recently received a copy of the Complaint and is still investigating the propriety of service, other potentially dispositive issues, and the underlying facts as best as they can be discerned from the Complaint. In addition, Defendants' counsel was diverted by a recent jury trial in the Superior Court of the District of Columbia. The additional time will not prejudice the Plaintiff Officers as this matter is at an early stage. A memorandum of points and authorities in support and a proposed Order accompany this motion.

Defendants' counsel attempted to contact Plaintiffs' counsel to seek his consent. The telephone number given on the Complaint rang for a significant period of time without being answered or going to voicemail.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request a 30-day enlargement of time to answer or otherwise respond to the Complaint.

Dated: April 12, 2006                              Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


_____
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-00469 (ESH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Reserving all issues with respect to service and sufficiency of process, Defendants respectfully request an enlargement of time to answer or otherwise respond to the Complaint. In support of this motion, Defendants state as follows:

1. The complaint was filed on March 14, 2006. The Complaint names the District of Columbia and ten individuals as defendants. Although the District has yet to verify proper service, the earliest potential date for an answer or other response is April 12, 2006.

2. The complaint purports to allege violations of various statutes. Some of these statutes, such as Title VII, the ADEA, and the ADA, have mandatory exhaustion requirements. Defendants have yet to verify whether the Plaintiff Officers have exhausted their administrative remedies.

3. The District's counsel has been unable to complete the necessary investigation because of his participation in a jury trial in the District of Columbia Superior Court. The additional time is likely to provide enough time to complete the investigation.

4. Plaintiff officers will not be prejudiced by the enlargement in light of the early stage of the proceedings. Defendants' counsel attempted to reach Plaintiff's counsel by telephone, but was unable to reach him.

For the foregoing reasons and such others as may appear to the Court, Defendant respectfully requests that the Court grant the requested enlargement.

Dated: April 12, 2006                      Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

_____
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-00469 (ESH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Having considered Defendant's Motion For Enlargement Of Time Answer or Otherwise Respond to Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendant's Reply, if any, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that Defendant's Motion For Enlargement Of Time Answer or Otherwise Respond to Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendant shall answer or otherwise respond to the complaint on or before May 11, 2006.

_____
Ellen Segal Huvelle
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Sol Z. Rozen, Esq.
2501 Calvert Street, N.W.
No. 212
Washington, D.C.   20008