# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GLENN GIARDINO, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 06-00469 (ESH) |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al*., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' CONSENT MOTION TO ENLARGE TIME FOR ANSWERING OR OTHERWISE RESPONDING TO THE COMPLAINT

Defendants District of Columbia, Chief of Police Charles Ramsey, Executive Assistant Chief of Police Michael Fitzgerald, Assistant Chief Winston Robinson, Commander Michael Anzallo, Captain Mario Patrizio, and Lieutenant Jeffrey Parker,[1] by and through undersigned counsel, move for a 2-day enlargement of time to answer or otherwise respond to the Complaint. Plaintiffs present a multitude of theories and additional 2 days is necessary to complete the response. The additional time will not prejudice the Plaintiff Officers as this matter is at an early stage and they have consented. A memorandum of points and authorities in support and a proposed Order accompany this motion.

Defendants' counsel spoke with Plaintiffs' counsel who consented to entry of the relief requested herein. For the foregoing reasons and such others as may appear to the Court,

---

[1] Although the Complaint identifies other defendants, it does not appear that they have been served.

Defendants respectfully request a 2-day enlargement of time (until May 22, 2006) to answer or otherwise respond to the Complaint.

Dated: May 18, 2006                    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLENN GIARDINO, et al.,        ) | |
| ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | Civil Action No. 06-00469 (ESH) |
| v.          ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*,   ) | |
| ) | |
| ) | |
| Defendants.    ) | |
| ) | |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT**

Reserving all issues with respect to service and sufficiency of process, Defendants District of Columbia, Chief of Police Charles Ramsey, Executive Assistant Chief of Police Michael Fitzgerald, Assistant Chief Winston Robinson, Commander Michael Anzallo, Captain Mario Patrizio, and Lieutenant Jeffrey Parker respectfully request an enlargement of time to answer or otherwise respond to the Complaint. In support of this motion, Defendants state as follows:

1.      The complaint was filed on March 14, 2006.  The Complaint names the District of Columbia and ten individuals as defendants. The complaint purports to allege violations of various statutes.  Some of these statutes, such as Title VII, the ADEA, and the ADA, have mandatory exhaustion requirements.  Defendants have yet to verify whether the Plaintiff Officers have exhausted their administrative remedies.

2.    Due to the press of business, Defendants' counsel has been unable to complete its response to the Complaint. The additional time is likely to provide enough time to complete the response.

3.    Plaintiff Officers will not be prejudiced by the enlargement in light of the early stage of the proceedings. Plaintiffs' counsel consented to the relief requested herein.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully requests that the Court grant the requested enlargement.

Dated: May 18, 2006                    Respectfully submitted,

                                       ROBERT J. SPAGNOLETTI
                                       Attorney General for the District of Columbia

                                       GEORGE  C. VALENTINE
                                       Deputy Attorney General
                                       Civil Litigation Division


                                       /s/ Kimberly Johnson
                                       KIMBERLY MATTHEWS JOHNSON
                                       Chief, General Litigation I
                                       D.C. Bar No. 435163


                                       /s/ Wendel Hall
                                       WENDEL V. HALL
                                       Assistant Attorney General
                                       D.C. Bar No. 439344
                                       Suite 6S012
                                       441 4th Street, N.W.
                                       Washington, D.C.  20001
                                       (202) 724-6608
                                       (202) 727-0431 (fax)
                                       E-mail: wendel.hall@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLENN GIARDINO, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 06-00469 (ESH) |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Having considered Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendants' Reply, if any, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that Defendants' Motion for Enlargement of Time Answer or Otherwise Respond to Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:    that Defendants District of Columbia, Chief of Police Charles Ramsey, Executive Assistant Chief of Police Michael Fitzgerald, Assistant Chief Winston Robinson, Commander Michael Anzallo, Captain Mario Patrizio, and Lieutenant

Jeffrey Parker shall Answer or otherwise respond to the complaint on or before May 22, 2006.


_____
Ellen Segal Huvelle
United States District Judge


cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Sol Z. Rosen, Esq.
2501 Calvert Street, N.W.
No. 212
Washington, D.C.  20008