United States District Court
For the District of Columbia


Glenn Giardino et.al

       V.                            Civil Action No. 1:06CV00469(ESH)

The District of Columbia,et.al


Consent Motion for Extension of Time to File Opposition to Motion to Dismiss

The plaintiffs' move this court for an order extending the time for them to reply to the motion to dismiss until July 5,2006. There is no opposition by the office of the Attorney General for the District of Columbia.


Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax (202) 296-9375

The Certificate of Service

I certify that a copy of the above has been served on the office of the Attorney General by mail on June 1,2006.


Sol Z, Rosen Esq.