United States District Court
For the District of Columbia

Glenn Giardino et.al

    V.                    Civil Action No. 1:06CV00469(ESH)

The District of Columbia, et. al

**<u>ORDER</u>**

Upon consideration of the unopposed motion of the plaintiffs for an extension of time to file an opposition to the motion to dismiss until July 5, 2006, the same is granted.

_____
Judge, United States District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Wendell Hall Esq.
Assistant Attorney General
441 4th Street NW
Washington, D.C. 20001