## AFFIDAVIT OF TRUTH

Affiant who goes by the appellation of Glenn Giardino, a living flesh and blood man under the laws of God, being of sound mind and over the age of twenty one, reserving all rights, knowingly and willingly declares and duly affirms in accordance with law in good faith, with no intention of delaying nor obstructing and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts are of affiant's own firsthand knowledge does solemnly swear, declare and depose: that the affiant is competent to state the matters set herein; that affiant has personal knowledge and belief of the facts stated herein; and all the facts stated herein are true, correct, complete and certain.

The affiant has served in good standing as a law enforcement officer since January 3, 1977. The affiant's tenure with the Metropolitan, Washington, D.C. Police Department commenced on October 22, 1978 and will end by way of optional retirement on June 30, 2006.

The affiant has maintained a high quality of work throughout his career in law enforcement and has without exception received ratings of satisfactory or better from those charged with evaluating his performance.

Lt. Jeffrey Parker was installed as the Commander of the Third District Detectives office on about September of 2004. From September, 2004 until about December of 2005 he along with others acted in concert to violate the rights of senior detective personnel, persons not of color and those persons of color who refused to subscribe to his/their separatist agenda.

The affiant and other detectives endured acts of discrimination from Lt. Parker and others and on about April, 2005 they filed Federal EEOC complaints against Lt. Parker, Sgt. Mary Lanauze and Captain William Manning for acts of age/race discrimination. The affiant filed supplemental charges of discrimination/retaliation on June 8, 2005, December 12, 2005 and January 6, 2006. The EEOC did not investigate the affiant's complaint and no attempts at mediation were made. The EEOC last corresponded with the affiant on February 6, 2006 promising to send the affiant a right to sue letter. As of this writing the right to sue letter has not been received by the affiant.

The charges of discrimination and retaliation which have been made by the affiant can be proven by various forms of documentation as well as through witness testimony.

I certify under the penalties of perjury that I have read the contents, and to the best of my knowledge and belief it true, correct and complete, the truth, and nothing but the truth.

_____
[signature]

I hereby certify on this __14__ day of __JUNE__ 200_6_ the above Natural Flesh and blood person: __GLEN GIARDINO__, who has satisfactorily proven to me, appeared to attest and affirm that he is the person executing the foregoing document. I, therefore, set forth my hand and seal in affirmation the execution thereof.

_____
[signature]
NOTARY PUBLIC

Robert C. Short
Notary Public, District of Columbia
My Commission Expires 09-30-2006

2 of 2