United States District Court
For the District of Columbia


Glenn Giardino et .al

V.                                  Civil Action NO. 06-00469(ESH)


The District of Columbia et.al

**ORDER**


Upon consideration of the motion of the defendants to dismiss the case and the opposition and pleadings in support of the opposition, the same is denied.


_____
Judge, United States District Court


Copies

Wendel V. Hall Esq.
Assistant Attorney General
Suite 6S012
441 4th Street N.W.
Washington, D.C. 20001


Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008