United States District Court
For the District of Columbia

Glenn Giardino et .al

V.                                            Civil Action NO. 06-00469(ESH)

The District of Columbia et.al

**ORDER**

Upon consideration of the motion of the plaintiffs to stay consideration of the motion to dismiss filed by the defendants, to allow discovery in accordance with rule 56(f) of the rules of civil procedure and the pleadings filed thereto, the same is granted.

_____
Judge, United States District Court

Copies

Wendel V. Hall Esq
Assistant Attorney General
Suite 6S012
441 4th Street N.W.
Washington, D.C. 20001

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008