UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, <u>et al.</u>, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-00469 (ESH) ) ) ) ) ) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS THOMAS BOONE AND MARY LANAUZE'S NOTICE JOINING IN DEFENDANTS' MOTION TO DISMISS OF MAY 22, 2006**

Defendants Thomas Boone and Mary Lanauze, by and through undersigned counsel, hereby join in the Motion to Dismiss filed by the other Defendants on May 22, 2006. Sergeant Boone appears to have been served on June 6, 2006 and Sergeant Mary Lanauze appears to have been served on or about June 10, 2006. Their answer or other response is therefore due on June 26, 2006 for Sergeant Boone and June 30, 2006 for Sergeant Lanauze. By joining in the previously filed Motion to Dismiss, the sergeants intend to comply with their obligation to answer or otherwise respond to the Complaint.

Dated: June 22, 2006               Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov