UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENN GIARDINO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-00469 (ESH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT LEON EPPS' JOINDER IN DEFENDANTS' MOTION TO DISMISS OF MAY 22, 2006**

Defendant Leon Epps, by and through undersigned counsel, hereby joins in the Motion to Dismiss filed by the other Defendants on May 22, 2006.  Detective Epps appears to have been served on June 6, 2006.  His answer or other response is therefore due on June 28, 2006.  By joining in the previously filed Motion to Dismiss, Detective Epps intends to comply with his obligation to answer or otherwise respond to the Complaint.

Dated: June 27, 2006                    Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division


                                        /s/ Kimberly Johnson
                                        KIMBERLY MATTHEWS JOHNSON
                                        Chief, General Litigation I

D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov