UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, et. al., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 06-00469 (ESH) |
| v. | ) <br> ) <br> ) <br> ) <br> ) |
| DISTRICT OF COLUMBIA et.al, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO DEFER CONSIDERATION OF MOTION TO DISMISS**

## I.   INTRODUCTION

Defendant District of Columbia respectfully requests that the Court deny Plaintiff's Motion to Defer Consideration of Motion to Dismiss. The District has filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). A Rule 12(b)(6) motion assumes, for the purposes of that motion only, that the well-pleaded facts are true. There is no need to defer consideration of Defendant's motion because it raises only questions of law. Because this is not a summary judgment motion, Fed. R. Civ. P. 56(f) is inapplicable. The Court should therefore deny Plaintiff's motion.

## II.   ARGUMENT

The Court should deny the Plaintiff's motion as the Plaintiff fails to adequately show that Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 56(f) apply to the District's Motion to Dismiss. A 12(b)(6) motion assumes that all well-pleaded facts are true and seeks dismissal as a matter of law. By establishing that these facts are true, no reason exists to defer consideration of the

District's motion under this rule as the Plaintiff has failed to state his claim. Because Rule 12(b)(6) allows the well-pleaded facts to be treated as true for the purpose of the motion only, no discovery is necessary and the Plaintiff's Motion to Defer Consideration of Motion to Dismiss should be denied. Moreover, the District's Motion to Dismiss is not a Motion for Summary Judgment under Fed. R. Civ. P. 56. As such, Rule 56(f) has no applicability to motions to dismiss. The Plaintiff's Motion to Defer Consideration of Motion to Dismiss should be denied.

Dated: July 3, 2006  Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov