EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**First Amendment**<br>100-2005-00710 |
|---|---|---|
| | **D.C. Office Of Human Rights**<br>State or local Agency, if any | and EEOC |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Glenn Giardino | (202) 841-0492 | 08-04-1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3508 Sugar Maple Ct. | Waldorf, MD 20602 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| METROPOLITAN POLICE DEPARTMENT | 500 or More | (202) 673-6815 |

| Street Address | City, State and ZIP Code |
|---|---|
| 300 Indiana Ave., N.W. | Washington, DC 20001 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-25-2004   Latest: 02-06-2006
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been a police officer with the Metropolitan Police Department since 1978. On or about April 8, 2005, I filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC). Since filing my charge, I have been subjected to retaliatory conduct which includes but is not limited to having my schedule changed, even though I had the same schedule for 15 years, having cases withheld so that my closure rate would be adversely affected and being singled out, harassed, and scrutinized by management. In addition to retaliatory conduct against myself, the Metropolitan Police Department's management has also engaged in retaliatory conduct against co-workers who also filed discrimination charges, with the EEOC, in 2005. I believe that I have been, and continue to be retaliated against for having filed a discrimination charge, in violation of Title VII of the Civil Rights Act of 1964, as amended.

The aforementioned acts of retaliation, as well as other acts of retaliation not listed, were reported to the Federal EEOC in writing on 6/8/05, 12/12/05 and 1/6/06. These documents were submitted in person and date/time stamped by your office (6/8/05 & 1/6/06) or sent by certified mail. (12/12/05).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2/27/06
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2005-00710 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Glenn Giardino | (202) 841-0492 | 08-04-1955 |

Street Address: 3508 Sugar Maple Ct. Waldorf, MD 20602

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| METROPOLITAN POLICE DEPARTMENT | 500 or More | (202) 673-6815 |

Street Address: 300 Indiana Ave., N.W., Washington, DC 20001

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/2/04   Latest: 3/24/05
☒ CONTINUING ACTION

PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. In October 1978, I was hired by Respondent as a Police Officer. During the period extending from 10/2/04 until the present, I was subjected to a hostile work environment by Lt. Jeffery Parker. Lt. Parker continually harassed me about turning in follow-up paperwork from crime scenes, verbally abused me publicly and constantly subjected me to public humiliation in front of my peers. In contrast, my younger, non-white co-workers were not subjected to this type of public verbal abuse, nor were they continually harassed by lt. Parker, about turning in follow-up paper work from their crime scenes.

II. Also, during the period extending from October 2004 to present, I have been subjected to verbal abuse and threats from my co-workers. When I continuously notify Respondent about this abuse and verbal threats, he does little to nothing to resolve any of my concerns.

III. I believe that I was discriminated against based upon my race (White), in violation of Title VII of the Civil Rights Act of 1964, as amended, and based upon my age (49), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/1/05
Charging Party Signature: [signed] Glenn Giardino

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*