EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>100-2005-00711 |
|---|---|---|

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Alexander K. Shepard | Home Phone No. (Incl Area Code)<br>(703) 575-8669 | Date of Birth<br>06-02-1957 |
|---|---|---|

Street Address: 5021 Seminary Road #302 Alexandria, VA 22311

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>METROPOLITAN POLICE DEPARTMENT | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(202) 673-6815 |
|---|---|---|

Street Address: 300 Indiana Ave., N.W., Washington, DC 20001

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-25-2004   Latest: 11-25-2004
[X] CONTINUING ACTION

PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. In 1981, I was hired by Respondent as a Police Officer. During the period extending from November 2004 until the present, I was subjected to a hostile work environment by Lt. Jeffery Parker. Lt. Parker continually harassed me about not appearing in court, when I was on approved sick leave. In contrast, my younger co-workers are not subject to this harassment when they are on approved sick leave and can not appear in court.

II. Also, I believe I am being discriminated against because of my close professional association with other Detectives who are also in the protected age group.

III. I believe that I was discriminated against based upon my age (47) in violation of the Age Discrimination in Employment Act of 1967 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: MON 4-4-2005   Charging Party Signature: Alexander K. Shepard

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>AMENDMENT<br>100-2005-00711 |
|---|---|---|

D.C. Office Of Human Rights                                             and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Alexander K. Shepard | Home Phone (Incl. Area Code)<br>(703) 575-8669 | Date of Birth<br>06-02-1957 |
|---|---|---|

Street Address: 5021 Seminary Road #302, Alexandria, VA 22311

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>METROPOLITAN POLICE DEPT | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(202) 673-6815 |
|---|---|---|

Street Address: 300 Indiana Ave., N.W., Washington, DC 20001

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-14-2005    Latest: 01-02-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## AMENDMENT

On December 14, 2005, when I returned to work from medical leave, I reported the theft of my Police equipment from my locker and overhead bin to Sergeant Thomas Boone. A police report was made. I made several inquiries both verbal and written to Sergeant Boone as to the status of the investigation but did not receive a response.

In January 2006, I learned that a new Personnel System had been installed on all employees' computers to allow access to their personnel files. A passcode was required to enter the system. When I ask Sergeant Boone about my passcode information he said my name was not on the list. After several inquiries about access I was eventually granted a code.

All supervisors were provided information to ensure that all employees attend mandatory training as prescribed by the Dept. of Justice. A penalty of suspension would be imposed on those that did not take the training. I never received the information from my supervisor about attending the training.

I believe that I have been discriminated against in retaliation for filing an EEOC charge in violation of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: MON 2-27-2006      BY: Alexander K. Shepard
*Charging Party Signature*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)