United States District Court
For the District of Columbia

Glenn Giardino  et .al

    V.                              Civil Action NO. 06-00469(ESH)

The District of Columbia et.al

<u>Motion for Extension of Time to Respond to the Motion to Dismiss</u>

    The plaintiffs move ths Court for an order granting them until the 25th of September 2006 to file a response to the pleadings of the defendants to dismiss. In support it is alleged as follows;

    1) The counsel for the plaintiff did not receive a copy of the documents until the 8th of September and has not had the opportunity to study and review the same because of other matter such as trials and depositions. The same can be completed by the 25th of September 2006. The undersigned has contacted the office of the Attorney General for the District of Columbia as to their view and/or position on the request but a response has not been forthcoming.

Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

<u>The Certificate of Service</u>

      I certify that a copy of the above has been served by ECF and first class mail to the office of counsel for the defendant on the 12th of September 2006

                                           _____
                                           Sol Z. Rosen Esq.