United States District Court
For the District of Columbia

Glenn Giardino et.al

    V.                Civil Action NO. 06-00469(ESH)

The District of Columbia et.al

**ORDER**

Upon consideration of the motion for an extension of time to respond to the motion to dismiss and the pleadings filed thereto, the same is granted. The plaintiffs will have until the 25th of September 2006 to file a response to the motion.

                        _____
                        Judge, United States District Court

Copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Wendell Hall Esq.
Assistant Attorney General Civil Division
441 4th Street NW
Washington, D.C. 20001