United States District Court
For the District of Columbia

Glenn Giardino et.al

    V.                        Civil Action NO. 06-00469(ESH)

The District of Columbia et. al

## **ORDER**

Upon consideration of the motion to dismiss the amended complaint and the opposition filed thereto, the same is denied.

_____
Judge, United States District Court

Copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008


Wendell Hall Esq.
Assistant Attorney General
441 4th Street NW-Civil Division
Washington, D.C., 20001