## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0649 (ESH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ONE DAY ENLARGEMENT OF TIME TO ANSWER**

Defendant District of Columbia and the individual Defendants, by and through undersigned counsel, moves for a one-day enlargement of time to answer or otherwise respond to the Complaint. On October 3, 2006, this Court ordered Defendants to file their Answer on November 1, 2006. However, on October 30, 2006, the Superior Court of the District of Columbia unexpectedly ordered undersigned counsel to appear for a mediation. The mediation began at 10:00 A.M. and continued throughout the day. As a result, the Answer was not completed. Defendants respectfully request an additional day to complete the Answer.

Pursuant to LCvR 7.1(m), Defendants sought Plaintiffs' consent to the relief requested herein. Plaintiffs, through counsel, consented.

Dated: November 1, 2006	Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson/oo/wvh
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163



/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLENN GIARDINO, et al., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-0649 (ESH) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
|  | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR ONE DAY ENLARGEMENT OF TIME TO ANSWER**

Defendants respectfully request entry of an Order enlarging their time to file an Answer by one day. On October 3, 2006, this Court ordered Defendants to file their Answer on November 1, 2006. However, on October 30, 2006, the Superior Court of the District of Columbia unexpectedly ordered undersigned counsel to appear for a mediation. The mediation began at 10:00 A.M. and continued until approximately 5:00 P.M. As a result, the Answer was not completed. Defendants respectfully submit that they have shown "cause" as required under Fed. R. Civ. P. 6(b)(1). The requested enlargement would be in the interest of justice and would not prejudice Plaintiffs as shown by their consent.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request a one-day enlargement of time to file their Answer.

3

Dated: November 1, 2006                                 Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson/oo/wvh
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

Case 1:06-cv-00469-JMF   Document 19   Filed 11/01/2006   Page 4 of 6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLENN GIARDINO, et al., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0649 (ESH) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Motion For Enlargement Of Time To File Answer, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendant's Reply, if any, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that Defendants' Motion shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendants' shall file their Answer on or before November 2, 2006.

_____
Ellen Segal Huvelle
United States District Judge

5

cc:

Sol Rosen, Esq.
2501 Calvert Street, NW
Number 212
Washington, DC 20008

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001