## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, et al., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 06-0469 (JMF) |
| v. | ) <br> ) <br> ) <br> ) |
| DISTRICT OF COLUMBIA, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## MEET AND CONFER STATEMENT

The parties respectfully submit this Meet and Confer Statement for the Scheduling Conference set for January 4, 2007. The parties met and conferred by telephone on January 2, 2007 and, in accordance with LCvR 16.3, report as follows:

(1) **Likelihood of Disposition Through a Dispositive Motion.** Defendant believes that this matter is likely to be resolved through a dispositive motion. Plaintiffs disagree. The parties note that no motions are pending.

(2) **Joinder of Parties/Amendment of Pleadings.** Plaintiffs do not intend to join additional parties. Defendants request that they be allowed to move to amend their pleadings up to and including February 16, 2007.

(3) **Assignment to Magistrate Judge**. This matter has already been assigned to a Magistrate Judge for all purposes.

(4) **Settlement**. The parties are hopeful that the case may be settled after discovery.

(5)  **Alternative Dispute Resolution**.  The parties believe that mediation after the close of discovery may be helpful.

(6)  **Summary Judgment**.  Defendants believe that the matter will be resolved in their favor on summary judgment.  The parties propose the following schedule:

**Discovery Closed**:   May 2, 2007

**Dispositive Motion Due**:   June 1, 2007

**Opposition**:   June 29, 2007

**Reply**:   July 19, 2007

(7)  **Mandatory Disclosures**.  The parties waive mandatory disclosures in this matter.

(8)  **Discovery**.   The parties anticipate that discovery will take 120 days and that all discovery should be complete on or before May 2, 2007.  They do not anticipate that electronic discovery will be a significant issue.  A qualified protective order for medical and any personnel records is necessary and the parties will present a proposed Order to the Court for its review.

(9)  **Expert Witnesses**.   The parties propose that the proponent of expert testimony disclose it on or before March 2, 2007 with the opponent disclosing its testimony on April 2, 2007.

(10)  **Class Actions**.  This matter is not a class action.

(11)  **Bifurcation**.  The parties do not believe that discovery should be bifurcated.  Defendants reserve their right to move for bifurcation of trial.

(12)  **Pretrial Conference**. The parties propose that the pretrial conference be scheduled for 60 days after the Court rules on Defendants' dispositive motion.

(13)  **Trial Date**.   The parties request that a trial date be set at the pretrial conference.

(14)  **Other Matters**.

**Independent Medical Examination**:  Defendants request that Plaintiffs be required to make themselves available for an independent medical examination and that they promptly execute releases for medical/psychological records.

Dated: January 3, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　Acting Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division


　　　　　　　　　　　　　　　　　　/s/ Kimberly Johnson
　　　　　　　　　　　　　　　　　　KIMBERLY MATTHEWS JOHNSON
　　　　　　　　　　　　　　　　　　Chief, General Litigation I
　　　　　　　　　　　　　　　　　　D.C. Bar No. 435163


　　　　　　　　　　　　　　　　　　/s/ Wendel Hall
　　　　　　　　　　　　　　　　　　WENDEL V. HALL
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　D.C. Bar No. 439344
　　　　　　　　　　　　　　　　　　Suite 6S012
　　　　　　　　　　　　　　　　　　441 4th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20001
　　　　　　　　　　　　　　　　　　(202) 724-6608
　　　　　　　　　　　　　　　　　　(202) 727-0431 (fax)
　　　　　　　　　　　　　　　　　　E-mail: wendel.hall@dc.gov


FOR PLAINTIFFS:


___/s/ Sol Rosen /per verbal permission/wvh_____
SOL ROSEN
D.C. Bar No. 10967
2501 Calvert Street, N.W.
Suite 212
Washington, D.C.  20008