UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, *et. al.*, )<br>　　　　　　　　　　　　　　　　　)<br>　　Plaintiff, 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA, *et. al.*, 　)<br>　　　　　　　　　　　　　　　　　)<br>　　Defendants. 　　　　　　　　　　)<br>_____) | CA No.: 06-469 (JMF) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim on behalf of all named Defendants, and **withdraw** the appearance of Wendel Hall.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　LINDA SINGER
　　　　　　　　　　Acting Attorney General for the District of Columbia

　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　Deputy Attorney General, Civil Litigation Division


　　　　　　　　　　__\s_____
　　　　　　　　　　PATRICIA A. JONES [428132]
　　　　　　　　　　Chief, General Litigation Sec. IV


　　　　　　　　　　___\s_____
　　　　　　　　　　MICHAEL P. BRUCKHEIM [455192]
　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　441 4TH Street, NW, 6th Floor-South
　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　202-724-6649; 202-727-6295