United States District Court
For the District of Columbia

Glenn Giardino et .Al

V.                          Civil Action NO. 06-00469((JMF)

The District of Columbia et.al

Joint Motion to Amend and Correct Scheduling Order

The parties move the Court to amend and correct the scheduling order issued in this case. The Court ordered that each party is limited to a maximum of five depositions and twenty-five interrogatories. Because of the multiplicity of parties and witnesses, the numbers are not sufficient. The plaintiffs would like twenty-five interrogatories of each defendant and depositions of each defendant and witnesses. The defendants would also like additional leeway.too.

Sol Z. Rosen #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

The Certificate of Service

I certify that a copy of the above has been served by ECF and First Class mail on the office of the Attorney General for the District of Columbia

Sol Z.Rosen Esq.

.

Case 1:06-cv-00469-JMF     Document 26     Filed 02/05/2007     Page 2 of 2