United States District Court
For the District of Columbia

Glenn Giardino et .Al

    V.                    Civil Action NO. 06-00469((JMF)

The District of Columbia et.al

## ORDER

Upon consideration of the joint motion to modify the discovery schedule, the same is granted. The Court will issue a new discovery schedule to comply with the requests of the parties.

_____
Magistrate Judge, United States District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Office of the Attorney General
441 4th Street NW
Washington, D.C. 20001