**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLENN GIARDINO, *et. al.*, )<br>       )<br>   Plaintiff, )<br>       )<br>   v. )<br>       )<br>DISTRICT OF COLUMBIA, *et. al.*, )<br>       )<br>   Defendants. )<br>_____ ) | CA No.: 06-469 (JMF) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S JOINT MOTION TO AMEND AND CORRECT SCHEDULING ORDER

Defendants District of Columbia, Charles Ramsey, Michael Fitzgerald, Winston Robinson, Michael Anzallo, Mario Patrizio, Jeffrey Parker, Mary Lanauze, Thomas Boone, Leon Epps, and William Manning (hereinafter "defendants"), by and through undersigned counsel, opposes plaintiff's joint motion to amend and correct the scheduling order. In support thereof, defendants state as follows:

Counsel for plaintiff left a message for undersigned counsel in which he requested consent for a motion for clarification of the Court's scheduling order. Specifically, plaintiff's counsel wanted clarification as to the number of interrogatories and depositions that would be allotted to each side. Undersigned counsel left a return message stating that there no opposition to a motion for clarification.

However, undersigned counsel did *not* consent to the relief requested in the joint motion to amend and correct the scheduling order. Undersigned counsel did *not* consent to 25 interrogatories of each defendant and depositions for every defendant and witnesses. Undersigned counsel only consented to the Court's further clarifying the limits of discovery for each side. Undersigned counsel never consented to an amendment and/or correction of the

scheduling order.  Undersigned counsel spoke with counsel for plaintiff about this discrepancy, but counsel for plaintiff refused to withdraw the motion.

Plaintiffs' request for 25 interrogatories per defendant is burdensome and inappropriate.  Plaintiffs have named 11 defendants in this matter, which would add up to a total of 275 interrogatories.  Clearly, 275 interrogatories is a burdensome and grossly unnecessary number for this type of action.  Furthermore, plaintiffs have named multiple defendants in their official capacities.  The District of Columbia anticipates that most…if not all…of these defendants will be dismissed.  Accordingly, the only true defendant party in this action is the District of Columbia.

Accordingly, defendants hereby oppose the joint motion to amend and correct the scheduling order, and respectfully request that the discovery guidelines set forth in the current scheduling order remain intact.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
Michael.bruckheim@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, *et. al.*, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>DISTRICT OF COLUMBIA, *et. al.*, )<br>  )<br>Defendants. )<br>_____ ) | CA No.: 06-469 (JMF) |

## ORDER

Having considered Defendants' Opposition to plaintiff's Joint Motion to Amend and Correct the Scheduling Order, and the entire record herein, it is, this ____ day of ____, 2007:

ORDERED:   that plaintiff's Joint Motion to Amend and Correct the Scheduling Order is DENIED.

_____
John M. Facciola
United States District Court Magistrate Judge