United States District Court
For the District of Columbia

Glenn Giardino  et. Al

    V.                      Civil Action No. 06-00469(JM)

The District of Columbia et.al

<u>Plaintiffs' Reply to Opposition to Amend and Correct Scheduling Order</u>

    The plaintiff's respond to the opposition to the motion to correct the scheduling order in this case. In support it is alleged as follows;

    1) The opposition is made in bad faith as counsel conferred with counsel with the defendants in accordance with the local rules to secure their consent to the motion. Counsel was told that there would be no objection since the discovery schedule was vague and did not specify the number of interrogatories to each defendant or the number of depositions to defendants and witnesses. Now they contend that this is burdensome.

    2) There are many defendants and witnesses that have to be deposed and interrogatories submitted to them for an answer. The limitations imposed in the current order deprive the plaintiff of the rights to proceed with discovery as there is a vast amount of information and documentation to be secured. The plaintiffs cannot proceed with discovery until this matter is clarified. by the court.

    3) The counsel for the defendants allege that they plan to move to dismiss the individual defendants. A motion to dismiss has been filed and ruled on by the court. If the individual

defendants have to be sued in their individual capacity as well as their professional capacity the complaint can be amended to allege the same. The District of Columbia is not the only defendant in this case.

    4) An oral hearing is requested on the motion so that the issues can be clarified. by the court.

_____
Sol Z Rosen Esq. #15483
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

The Certificate of Service

    I certify that a copy of the above has been served on the office of the Attorney General for the District of Columbia by ECF on February 8th, 2007

_____
Sol Z. Rosen Esq.
