**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **GLENN GIARDINO, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0469  (JMF)** |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**AMENDEDED SCHEDULING ORDER**

This matter having come before the Court for a discovery status conference and having considered the requests of the parties, this Court[1] issues the following amended scheduling order. It is hereby,

**ORDERED** that the parties shall comply will the following directives:

1) Each party is limited to a maximum of 12 depositions.

2)  Plaintiff shall propound no more than 25 interrogatories to the District of Columbia and 10 interrogatories to every other defendant.

3)  The District of Columbia shall propound no more than 25 interrogatories to each Plaintiff (for a collective total of 50).

4)  All discovery shall be completed by August 1, 2007.

_____

[1] The parties have consented to a referral of this case to a Magistrate Judge for all purposes including trial.

5) Any dispositive motions or cross-motions are to be filed by September 3, 2007, oppositions to said motions or cross-motions are to be filed by October 1, 2007, and any replies are to be filed by October 22, 2007.

6) Parties are to make the disclosures required by Fed R. Civ. P. 26(a)(2) as to any expert who plans on testifying no later than June 1, 2007. Parties shall provide the identity of any rebuttal expert witness and all such disclosures required by the same rule no later than July 2, 2007.

7) A pretrial conference in this matter will be set following the Court's ruling on any dispositive motions. Three weeks in advance of the Pretrial Conference, counsel are required to meet and prepare a Joint Pretrial Statement, in accordance with Local Rule 16.4 and the Pretrial Procedures Order, which the parties shall receive prior to the Pretrial Conference. This Order will give explicit direction on preparation of the Joint Pretrial Statement, which is required to be delivered to chambers not less than eleven days prior to the conference.

8) The trial will begin February 4, 2008, with an estimated length of five days.

9) Plaintiffs shall submit to independent medical examinations in the course of discovery.

The parties should be aware that all pleadings should contain my initials on the right hand portion of the caption. Additionally, any motions that do not comply with Local Rule 7.1(c) or 7.1(m) shall be immediately stricken. Finally, counsel shall confer in good faith in an effort to resolve any discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a brief telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without following the procedures set forth in this paragraph. If the Court is called upon to resolve a discovery

dispute and the Court determines that good faith efforts could have resulted in a resolution of the matter without Court intervention, the Court may consider sanctions pursuant to Fed. R. Civ. P. 37.

Dates in this Order are firm and may only be altered by the Court under compelling circumstances.

**SO ORDERED.**


____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2007