United States District Court
For the District of Columbia

Glenn Giardino et.al.

     V.                       Civil Action No. 06-0469 (JMF)

District of Columbia et.al.

Motion to Extend Time to Respond to Motion for Summary Judgment

The plaintiffs move this Court for an order granting them until April 30,2007.The plaintiff attempted to call opposing counsel for consent but he is unavailable for the entire week.
In support it is alleged as follsows

1) The defendants have filed a motion to dismiss and for summary judgment. The plaintiff did not receive a copy from the office of the clerk until April 3,2007. The undersigned cannot complete a response at this time because of his professional schedule which includes a trial, two briefs due in the appellate courts of Virginia and other summary judgment motions to answer. The same can be completed by April 30,2007.

Sol Z. Rosen Esq.#10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

## The Certificate of Service

I certify that a copy of the above has been served on the office of the attorney general by ECF on April 3, 2007

_____
Sol Z. Rosen Esq.