United States District Court
For the District of Columbia

Glenn Giardino et.al.

     V.                       Civil Action No. 06-0469 (JMF)

District of Columbia et.al.

## ORDER

Upon consideration of the motion for an extension of time until the 30th of April to file response to the motion for summary judgment and the pleadings filed thereto, the same is granted.

_____
Magistrate Judge, United States District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Michael P. Bruckeim Esq.
Assistant United States Attorney
441 4th Street NW 6th Floor South
Washingtojn, D.C. 20001