United States District Court
for the District of Columbia

Glenn Giardino et.al

V.                                    Civil Action No. 06-0469(JMF)

District of Columbia et.al

## **ORDER**

Upon consideration of the motion for judgment on the pleadings or for summary judgment and the opposition filed thereto, the same is denied.

_____
Magistrate Judge, U. S. District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Michael P. Bruckheim Esq.
Assistant United States Attorney
441 4th Street NW-6th Floor-South
Washington, D.C. 20001