UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GLENN GIARDINO, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-0469 (JMF) |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that <u>Defendants' Motion for Judgment on Pleadings or in the Alternative, Motion for Summary Judgment</u> [#31] is **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs' claims against Defendant District of Columbia based on the federal employment statutes will be dismissed with prejudice in **SIXTY DAYS** unless Plaintiffs secure the necessary right to sue letter from the EEOC; and it is further

**ORDERED** that Defendants' motion to dismiss the D.C. Human Rights Act claims against the District and the individual defendants in their official capacities is **HELD IN ABEYANCE** until the Court rules upon the defendants' motion to amend their answer; and it is further

**ORDERED** that Defendants shall file a motion for leave to file an amended answer to the amended complaint no later than September 28, 2007, or Defendants shall waive any defense premised on D.C. Code § 12-309; and it is further

**ORDERED** that Plaintiffs may oppose any such motion to amend Defendants' answer, and Defendants may reply, in accordance with the deadlines set by the local rules.

**SO ORDERED.**

_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: August 28, 2007