/United States District Court
for the District of Columbia

Glenn Giardino et.al

    V.           Civil Action No. 06-0469(JMF)

The District of Columbia et.al

Opposition **to** Motion for Leave to Amend Complaint

    The plaintiffs oppose the motion for leave to amend the complai8nt to raise the defense of failure to comply with section 12-309 of the code of the District of Columbia. In support it is alleged as follows;

    1) At this late date, while the litigation has progressed for over a year ,the defendants seek to raise a defense that is without merit. The plaintiffs argue that they have, under applicable case law, waived that right to claim the defense. The plaintiff relies upon the prior points and authorities thatr it has filed in this case in support of its opposition to dismiss the proceedings.

    2) It should also be noted that under applicable case law from the United States Supreme Court and other federal circuits, that "notice" to a local authority is not required in civil rights litigation.,There are allegations pending in these proceedings that involve several civil rights statutes where notice is not required. It would be ludicrous to allege and maintain the position that "notice" is required under the District of Columbia Human Rights Act but not under federal statutes. The District of Columbia Human Rights Act is a mere supplement to the several other statuses that the plaintiffs have relied upon in their lawsuit.The cases cited in prior pleadings support the position of the plaintiffs and it is prayed that the court read the prior pleadings in

conjunction with the pleadings submitted herein.The plaintiffs contend that notice of a lawsuit is not necessaery in cases that involve the District of Columbia Human Rights law. Moreover,"notice" was more than adequately given when the complaint was served upon the appropriate governmental authorities.

/s/
Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202)296-9375

The Certificate of Service

_____I certify that a copy of the above was served on the office of counsel for the defendants on the    Day of October 2007 by ECF filing.

/s/
Sol Z. Rosen Esq.