/United States District Court
for the District of Columbia

Glenn Giordano et.al

    V.                                  Civil Action No. 06-0469(JM)

The District of Columbia et.al

**ORDER**

    Upon consideration of the motion of the defendants to file an amended answer and the opposition thereto, the same is denied.

_____
Magistrate Judge, United States District Court

Copies to;

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Office of the Attorney general
Civil Division
441 4th Street NW
Washington, D.C. 20001