UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, *et. al.*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>DISTRICT OF COLUMBIA, *et. al.*,   )<br>   )<br>   Defendants.   )<br>_____   ) | C.A. No.: 06-0469 (JMF) |

## DEFENDANTS' RESPONSE TO THE COURT'S OCTOBER 22, 2007, ORDER TO SHOW CAUSE

Defendants District of Columbia, Winston Robinson, Michael Anzallo, Jeffrey Parker, Mary Lanauze, and Thomas Boone (hereinafter "defendants"), by and through undersigned counsel, hereby submit the following response to the Court's October 22, 2007, Order to Show Cause.

**I.   PLAINTIFFS DID NOT RESPOND TO DEFENDANTS' OVERTURES TO COMPLY WITH THE COURT'S ORDER.**

On September 10, 2007, this Court ordered the parties to **jointly** contact chambers to set a new trial date. *See* Court Docket, Minute Order of September 10, 2007. On that date, undersigned counsel for defendants e-mailed counsel for plaintiff. *See* Exhibit #1, E-mail. Undersigned counsel asked counsel for plaintiffs to inform him when he would be available to contact chambers. *Id.* Undersigned counsel also forwarded a copy of this Court's order to plaintiffs' counsel. *Id.* Counsel for plaintiffs never responded to the e-mail, nor did he make any overtures to contact undersigned counsel. Approximately one week later, undersigned counsel contacted chambers by phone. Undersigned counsel cannot recall the person he spoke with, but believes it was the law clerk assigned to this case. Undersigned counsel informed the individual

that he has been unable to get in touch with plaintiffs' counsel, but that he wanted to alert chambers that he was aware of the Court's order and did not want to be non-compliant because of plaintiffs' counsel failure to respond.  Undersigned counsel never heard from plaintiffs' counsel and was therefore unable to comply with the Court's order to jointly contact chambers with plaintiffs' counsel.

## II.     SETTING A TRIAL DATE WOULD BE PREMATURE IN THIS MATTER.

Defendants filed a dispositive motion on March 30, 2007.  *See* Court docket, #32.  The defendants believe that once the motion has been decided upon, there will be no need to set a trial date.  To the extent this Court denies the dispositive motion, setting a trial date would be premature since the parties have not conducted any discovery.  Each party needs additional time to contact both written discovery and depositions.  Accordingly, defendants respectfully submit that setting a trial date in this matter would be premature at this juncture.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


\_\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov