# Exhibit 1

## Bruckheim, Michael (OAG)

**From:** Bruckheim, Michael (OAG)
**Sent:** Monday, September 10, 2007 2:24 PM
**To:** 'srosen245@cs.com'
**Subject:** FW: Activity in Case 1:06-cv-00469-JMF GIARDINO et al v. DISTRICT OF COLUMBIA et al Order

Let me know when you are available to call. As an aside, I think we need to set a new discovery schedule first.

---

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Monday, September 10, 2007 2:21 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00469-JMF GIARDINO et al v. DISTRICT OF COLUMBIA et al Order


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 9/10/2007 at 2:21 PM and filed on 9/10/2007
**Case Name:**     GIARDINO et al v. DISTRICT OF COLUMBIA et al
**Case Number:**     1:06-cv-469
**Filer:**
**Document Number:** No document attached

**Docket Text:**
MINUTE ORDER directing parties to jointly contact chambers to set new trial date. Signed by Magistrate Judge John M. Facciola on 9/10/07. (lcjmf1, )


**1:06-cv-469 Notice has been electronically mailed to:**
Melvin W. Bolden, Jr  melvin.bolden@dc.gov, kimberly.matthews@dc.gov
Michael P. Bruckheim  michael.bruckheim@dc.gov
Sol Z. Rosen  srosen245@cs.com

**1:06-cv-469 Notice will be delivered by other means to::**

10/22/2007