United States District Court
For the District of Columbia

Glenn Giardino, et al

    V.                             Civil Action No. 06-0469(JMF)

The District of Columbia et.al

Response to Order to Show Cause

      The plaintiffs file the following response to the order of the court dated November 6,2007 as follows;

      1) The plaintiff Giardino recently received his "right to sue" letter from the department of Justice after waiting for the same for several months. The plaintiff Shepard has written for his but the same has not been received as yet because of the delays at the Department of Justice. It is anticipated that the same will be received shortly and will be served on the Court and counsel. for the defendant.

                          /s/Sol Z. Rosen Esq.
                          Sol Z. Rosen Esq. #10967
                          2501 Calvert Street NW #212
                          Washington, D.C. 20008
                          (202) 296-8485
                          Fax(202) 296-9375.

<u>The Certificate of Service</u>

  I certify that a copy of the above was served by ECF on the office of counsel for the defendants on November 27,2007

            /s/Sol Z. Rosen Esq.
            Sol Z. Rosen Esq.