

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0713
TTY (202) 419-0702
FAX (202) 419-0740
Toll Free (866) 408-8075
General Information (800) 669-4000

NOV 14 2007

Glenn Giardino
3508 Sugar Maple Court
Waldorf, MD 20602-2625

RE: Glenn Giardino vs. Metropolitan Police Department
Charge Number 100-2005-00710

Dear Mr. Giardino:

While Title VII and the Americans with Disabilities Act require you to obtain a Right to Sue Notice before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until 90 days after you receive Notice that the Equal Employment Opportunity Commission (EEOC) has completed action on your charge.

Because the EEOC is closing your case upon issuance of the attached Notice of Right to Sue, your lawsuit under the ADEA must also be brought within 90 days of your receipt of this Notice. Otherwise, your right to sue under the ADEA is lost.

If you have any questions as to your right to sue, please call this office or consult a private attorney.

Sincerely,

*Janet A. Stump*

Janet A. Stump
Supervisory Investigator



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5057 6882

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

November 14, 2007

Mr. Glenn Giardino
3508 Sugar Maple Ct.
Waldorf, MD 20602

Re: EEOC Charge Against Metropolitan Police Dept.
No. 100200500710

Dear Mr. Giardino:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Rena J. Comisac
Acting Assistant Attorney General
Civil Rights Division

by  *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Washington Field Office, EEOC
    Metropolitan Police Dept.