United States District Court
For the District of Columbia

Glenn Giordino et al.

  V.         Civil Action No. 1:06cv-469(JMF)

District of Columbia et.al

<u>Supplemental Materials in Support of Opposition to Motion to Dismiss</u>

  The plaintiff, Alexander K. Shepard, files a "right to sue" letter that was just received from the EEOC. The same is filed in accordance with the order of the court. The notice was sent out on February 11, 2008 even though the same was requested several months ago.

            _____
            Sol Z. Rosen Esq. #10967
            2501 Calvert Street NW #212
            Washington D.C. 20008
            (202) 296-8485
            Fax(202) 296-9375

<u>The Certificate of Service</u>

  I certify that a copy of the above has been served on the office of the Attorney General for the District of Columbia by ECF and First Class Mail. On February 14, 2008.

            _____
            Sol Z. Rosen Esq.