United States District Court
For the District of Columbia

Glenn Giardino et.al

    V.                    Civil Action No.1: 06-cv-469(JMF)

The District of Columbia et.al

<u>Notice of Filing of Supplemental Pleadings in Support of Opposition to Motion to Dismiss</u>

The plaintiff, Alexander Shepard, files with the Court the "right to Sue Letter" that he recently received from the EEOC although the same was requested several months ago. This is in accordance with the order of the Court.

           /s/ Sol Z. Rosen
Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-8485

<u>The Certificate of Service</u>

`I certify that a copy of the above has been served on the office of the Attorney General by ECF on the 15th of February 2008.

    /s/ Sol Z. Rosen, Esq.
Sol Z. Rosen Esq.

Case 1:06-cv-00469-JMF    Document 45    Filed 02/15/2008    Page 2 of 2