# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENN GIARDINO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-469 (JMF) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the Court's Order to Show Cause, issued on October 22, 2007, is hereby **DISCHARGED**; and it is further

**ORDERED** that Defendant District of Columbia's Motion for Leave to Amend its Answer to the Amended Complaint [#38] is hereby **GRANTED**; and it is further

**ORDERED** that Defendants' Motion for Judgment on the Pleadings or in the Alternative, Motion for Summary Judgment [#31] is hereby **GRANTED** in part; and it is further

**ORDERED** that all claims against the District of Columbia based on the District of Columbia Human Rights Act are hereby **DISMISSED**.

**SO ORDERED.**

Date: August 12, 2008

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE