UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN GIARDINO, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CA No.: 06-469 (JMF) |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| | : |
|     Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Zuberi Bakari Williams on behalf of all named Defendants, and **withdraw** the appearance of Michael Bruckheim, as counsel of record.

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/Zuberi B. Williams
ZUBERI BAKARI WILLIAMS [980789]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6-South
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 730-0623
Email: Zuberi.Williams@dc.gov